UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID HOLMES,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA OJEDA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01468-RFB-EJY<br><br>**ORDER** |

The Court is in receipt of Plaintiff's updated change of address. ECF No. 12.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** send to Plaintiff, at his new address, copies of (1) this Order, (2) the August 13, 2024 Order (ECF No. 3), (3) the September 24, 2024 Order (ECF No. 7), and (4) the October 1, 2024 Order (ECF No. 9).

IT IS FURTHER ORDERED that Plaintiff is given **one additional opportunity** to comply with the Court's August 13, 2024 Order, meaning the Order entered on October 1, 2024 is amended to provide Plaintiff through and including **January 10, 2025** to comply with the requirements set forth in the August 13, 2024 Order at page 4. Plaintiff is advised that **no further extensions of time** will be granted and failure to comply with the terms of this Order **will** result in a recommendation to dismiss this matter in its entirety with prejudice.

DATED this 5th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE